**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
　*AFickel@dykema.com*
ROBERT HYATT, State Bar No. 166178
　*RHyatt@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant and Cross-Complainant
JPMORGAN CHASE BANK N.A. erroneously sued as JP MORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ETHAN MARGALITH, an individual, and LISA MARGALITH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; MTC FINANCIAL dba TRUSTEE CORPS; WEST H&A, LLC; WARRANTED EFFECTUATION OF SUBSTITUTE TRANSFEREE, INC. dba W.E.S.T., INC.; MICHAEL C. JACKSON, an individual; PATRICK SORIA, an individual, and DOES 1 through 50 inclusive.<br><br>Defendants. | Case No. 2:20-cv-03781 RGK (PJWx)<br><br>**DEFENDANT AND CROSS-COMPLAINANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF LODGING PROPOSED FINAL JUDGMENT**<br><br>The Hon. R. Gary Klausner |
| JPMORGAN CHASE BANK, N.A.,<br><br>Cross-Complainant,<br><br>v.<br><br>ETHAN MARGALITH, an individual, and LISA MARGALITH, an individual; CREST PROMONTORY COMMON AREA ASSOCIATION, an unincorporated association; MOUNTAINGATE OPEN SPACE MAINTENANCE ASSOCIATION, an unincorporated association; EMACIATION CAPITAL, LLC, a | |

1

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

| | |
|---|---|
| 1 | California Limited Liability Company; INTERNAL REVENUE SERVICE, a government entity; MOUNTAINS RECREATIONS AND CONSERVATION AUTHORITY, a government entity; EXPRESS WORKING CAPITAL, LLC, a California Limited Liability Company; ASSURED LENDERS SERVICES, INC.; and ROES 51 through 70, inclusive. |
| 7 | Cross-Defendants. |

Defendant and Cross-Complainant JPMorgan Chase Bank, N.A., submits a Proposed Final Judgment following the Court's ruling granting its motion for summary judgment.

DATED: April 20, 2021          DYKEMA GOSSETT LLP

                               By: /s/ Robert Hyatt
                                   ASHLEY R. FICKEL
                                   ROBERT HYATT
                                   Attorneys for Defendant and Cross-Complainant
                                   JPMORGAN CHASE BANK N.A.
                                   erroneously sued as JP MORGAN CHASE BANK, N.A.

112746.000258 4824-2619-1334.1